UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT GRIMSLEY,

                              Plaintiff,

                    -against-

NIKE CORP, *et al.*,

                              Defendants.

21-CV-10745 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

On February 3, 2022, the Court dismissed this action without prejudice, under 28 U.S.C. §§ 1914, 1915, because Plaintiff failed to either submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the fees required to file a civil action as directed. Thereafter, Plaintiff moved for reconsideration and this Court's recusal. (ECF 13-16.) By order dated June 6, 2022, the Court denied those motions. (ECF 17.)

More than two years later, on August 8, 2024, Plaintiff filed a motion to "disqualify and vacate" seeking the same relief. (ECF 18-19.) The motion is denied for the same reasons set forth in the June 6, 2022 order.

## CONCLUSION

Plaintiff's motion to "disqualify and vacate" (ECF 19) is denied, and the Clerk of Court is directed to terminate it. This matter remains closed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 10, 2025
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge